Gerry De Simone, State Bar # 113324
Sabira Abdulhameed, State Bar #314062
**DE SIMONE & HUXSTER**
28230 W. Agoura Road, Suite 200
Agoura Hills, California 91301
(818) 707-0727 • Facsimile (818) 707-0757

Attorneys for Plaintiff
SHULA DATNER

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHULA DATNER,<br><br>      **Plaintiff,**<br><br>vs.<br><br>**IGAL SAPIR; PERFECT PRIVACY, LLC; and DOES 1 through 20, inclusive,**<br><br>      **Defendants.** | Case No.: 2:17-cv-08628 FMO (PLAx)<br><br>~~STIPULATION OF DISMISSAL [FRCP 41(a)] AND~~ **ORDER OF DISMISSAL** ON STIPULATION [11]<br><br>**Judge: Fernando M. Olguin**<br>**Magistrate Judge: Paul L. Abrams** |

TO ALL PARTIES, THEIR ATTORNEYS OF RECORD AND THE HONORABLE COURT:

/ / /

/ / /

/ / /

/ / /

/ / /

-1-
**STIPULATION OF DISMISSAL [FRCP 41(a)] AND ORDER OF DISMISSAL**

Plaintiff SHULA DATNER and Defendant IGAL SAPIR hereby stipulate under Federal Rule of Civil Procedure 41(a)(1)(ii) that this action be dismissed without prejudice as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs.

Plaintiff attests that the defendant signatory listed, and on whose behalf the filing is submitted, concurs in the stipulation's content and has authorized the filing of the stipulation.

DATED: January 15, 2018         DE SIMONE & HUXSTER

                                By:    /s/ Sabira Abdulhameed
                                GERRY DE SIMONE
                                SABIRA ABDULHAMEED
                                Attorneys for Plaintiff
                                SHULA DATNER

DATED: January 15, 2018         ENENSTEIN PHAM & GLASS

                                By:    /s/ Robert A. Rabbat
                                DARREN S. ENENSTEIN
                                ROBERT A. RABBAT
                                Attorneys for Defendant
                                IGAL SAPIR

# CERTIFICATE OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is: 28230 W. Agoura Road, Suite 200, Agoura Hills, California 91301.

On January 16 , 2018, I served the foregoing document by the method indicated below:

**STIPULATION OF DISMISSAL AND ORDER OF DISMISSAL**

| |
|---|
| <u>BY CM/ECF ELECTRONIC DELIVERY</u>: In accordance with the registered case participants and in accordance with the procedures set forth at the United States District Court, Central District of California, Website www.ecf.cacd.uscourts.gov. |
| <u>BY MAIL</u> as follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with U.S. Postal Service on that same day with postage thereon fully prepared at Agoura Hills, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing affidavit. |
| [Federal] I declare under penalty of perjury under the laws of the State of California that the above is true and correct. |

Executed on January 16, 2018 at Agoura Hills, California.

    /s/ Linda Gayle
    LINDA GAYLE

## SERVICE LIST

Robert A. Rabbat, Esq.
Enenstein Pham & Glass
12121 Wilshire Boulevard, Suite 600
Los Angeles, CA 90025
(310) 899-2070; Fax (310) 496-1930
rrabbat@enensteinlaw.com
Attorneys for Defendant, IGAL SAPIR

**STIPULATION OF DISMISSAL [FRCP 41(a)] AND ORDER OF DISMISSAL**

# ORDER OF DISMISSAL

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(iii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITHOUT PREJUDICE as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs. The Clerk is directed to close the file.

DATED: January  16 , 2018

```
                              _____/s/_____
                              FERNANDO M. OLGUIN
                              UNITED STATES DISTRICT
                              JUDGE
```